**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1353**

In re:  PRIEST MOMOLU V.S. SIRLEAF, Priestess Emma S. Urey, Parents and next Friends of Menelik Nimrod the Blessed one Sirleaf,

Petitioner.

On Petition for Writ of Mandamus.  (8:18-cv-00393-TDC)

Submitted:  June 4, 2018                                     Decided:  June 8, 2018

Before GREGORY, Chief Judge, NIEMEYER, Circuit Judge, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Momolu V.S. Sirleaf, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Momolu V.S. Sirleaf petitions for a writ of mandamus seeking an order from this court directing the district court to file his 28 U.S.C. § 2254 (2012) petition for Menelik Sirleaf. The § 2254 petition was filed by the district court on February 5, 2018 and stricken on April 30, 2018. The district court mailed a copy of its order to Sirleaf's address, but it was returned as undeliverable. Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Court*, 426 U.S. 394, 402 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516-17 (4th Cir. 2003). The party seeking issuance of the writ must have no other adequate means to attain relief, and he bears the burden of showing that his right to the writ is clear and indisputable. *Moussaoui*, 333 F.3d at 517 (citations omitted). We have reviewed the petition and conclude that Sirleaf fails to make this showing. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*